JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No.   (323) 938-4000
Facsimile No.    (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDEE YARDLEY, | CV 16-1345-RAO |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, PERFORMING THE DUTIES AND FUNCTIONS NOT RESERVED TO THE COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of five thousand dollars and no cents ($5,000.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: March 30, 2018

_____

Honorable Rozella A. Oliver

UNITED STATES MAGISTRATE JUDGE

1